THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SAMETRA HARRIS and ALIX HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>BORDEAUX PROPERTIES LLC, *et al.*,<br><br>Defendants. | CASE NO. C21-0454-JCC<br><br>ORDER |

This matter comes before the Court on the United States' Notice of Election to Decline Intervention. (Dkt. No. 14.) Relators Sametra and Alix Harris filed suit against Defendants for breach of contract and unjust enrichment under the False Claims Act, 31 U.S.C. § 3729. (Dkt. No. 1.) The Government recently filed a notice of its decision not to intervene (Dkt. No. 14.)

Accordingly, pursuant to 31 U.S.C. § 3730(c)(3), the Court hereby ORDERS as follows:

1. The Complaint (Dkt. No. 1), this Order, the United States' Notice of Declination (Dkt. No. 14), and all future filings in this action shall be UNSEALED;

2. Relators shall serve a copy of the Complaint, this Order, and the United States' Notice of Declination on Defendants;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in

31 U.S.C. § 3730(c)(3);

4. The United States may seek dismissal of Relator's action or claims, order any deposition transcripts, and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should Relators or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 23rd day of January 2023.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE